# UNITED STATES DISTRICT COURT
## Middle District of Tennessee

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| DUSTIN LANE ARNETT | ) | |
| | ) | Case No. 3:20-cr-00047 |
| | ) | USM No. 55058-074 |
| | ) | Kevin Cartwright |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   1, 3, 4, 5, 7, 8 and 9   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Unlawful use of a controlled substance | 08/08/2023 |
| 3 | Unlawful possession of a controlled substance | 10/19/2022 |
| 4 | Association with known felon and known drug consumer | 10/19/2022 |
| 5 | Failure to provide verification of employment | 05/01/2022 |

The defendant is sentenced as provided in pages 2 through   4   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

✓   Violation Numbers   2 and 6   are dismissed upon the Government's motion.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  5750

Defendant's Year of Birth:   1978

City and State of Defendant's Residence:
Athens, Tennessee

02/28/2024
Date of Imposition of Judgment

*Eli Richardson* (signature)
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

February 28, 2024
Date

DEFENDANT: DUSTIN LANE ARNETT
CASE NUMBER: 3:20-cr-00047

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 7 | Failure to refrain from use of alcohol | 09/23/2023 |
| 8 | Failure to enter residential reentry center following inpatient treatment at U.S. Dept. of Veterans Affairs | 10/02/2023 |
| 9 | Leave the judicial district where Defendant was authorized to reside, without obtaining permission from Court or probation officer | 10/18/2023 |

DEFENDANT: DUSTIN LANE ARNETT
CASE NUMBER: 3:20-cr-00047

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
Time Served (approximately 7 months)

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Judgment in a Criminal Case for Revocations
Sheet 3 — Supervised Release

Judgment—Page 4 of 4

DEFENDANT: DUSTIN LANE ARNETT
CASE NUMBER: 3:20-cr-00047

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

15 months

Defendant shall remain on the original terms of his Supervised Release with the additional condition of:

Defendant must participate and follow the rules and regulations of the U.S. Department of Veterans Affairs Residential Rehabilitation Treatment Program until successful completion. Thereafter, Defendant shall enter into a sober living facility or a transitional living program and follow its rules and regulations.