# UNITED STATES DISTRICT COURT
Middle District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br> DUSTIN LANE ARNETT | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation** of Probation or Supervised Release) <br><br> Case No. 3:20-cr-00047 <br> USM No. 55058-074 <br><br> Rayburn McGowan <br> Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)    1, 2, 3, 4 and 5    of the term of supervision.

☐ was found in violation of condition(s) count(s)      after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to follow the rules and regulations of a transitional living facility | 04/19/2024 |
| 2 | Use or possession of alcohol | 04/19/2024 |
| 3 | Commission of federal, state or local crime | 05/19/2024 |

The defendant is sentenced as provided in pages 2 through   4   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violation Number(s)      are dismissed upon the Government's motion.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5750

Defendant's Year of Birth: 1978

City and State of Defendant's Residence:
Athens, Tennessee

06/04/2024
Date of Imposition of Judgment

*Eli Richardson*
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

June 5, 2024
Date

DEFENDANT: DUSTIN LANE ARNETT
CASE NUMBER: 3:20-cr-00047

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 4 | Use or possession of alcohol | 05/19/2024 |
| 5 | Unlawful use of controlled substance | 05/21/2024 |

DEFENDANT: DUSTIN LANE ARNETT
CASE NUMBER: 3:20-cr-00047

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

7 months

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Judgment in a Criminal Case for Revocations
Sheet 3 — Supervised Release

Judgment—Page 4 of 4

DEFENDANT: DUSTIN LANE ARNETT
CASE NUMBER: 3:20-cr-00047

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

No term of supervised release to follow.